SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Email:  mgrajski@seyfarth.com
Brandon R. McKelvey (SBN 217002)
Email:  bmckelvey@seyfarth.com
Julie G. Yap (SBN 243450)
Email:  jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND

| LAW OFFICE OF MARY-ALICE COLEMAN | LAW OFFICES OF SOHNEN & KELLY |
|---|---|
| Mary-Alice Coleman (SBN 98365) | Harvey Sohnen (SBN 62850) |
| Email: lawoffice@maryalicecoleman.com | Email:  hsohnen@sohnenandkelly.com |
| Michael S. Ahmad (SBN 231228) | Patricia M. Kelly (SBN 99837) |
| Email:  mikeahmad3@hotmail.com | Email: patriciakelly@pacbell.net |
| 1109 Kennedy Place, Suite #2 | 2 Theatre Square, Suite 230 |
| Davis, California 95616 | Orinda, California 94563-3346 |
| Telephone:     (916) 498-9131 | Telephone:     (925) 258-9300 |
| Facsimile:       (916) 304-0880 | Facsimile:       (925) 258-9315 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| ANDREA SEWELL, CONRAD SILVA and EDITH VIERA | ANDREA SEWELL, CONRAD SILVA and EDITH VIERA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Defendant. | Case No. 3:13-cv-00588-TEH<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS; TO EXTEND TIME TO FILE REPLY BRIEF: AND CONTINUATION OF HEARING DATE**<br><br>Date: April 29, 2013<br>Time: 10:00 a.m.<br>Dept.: 17th Floor, Courtroom 2<br>Judge: Hon. Thelton E. Henderson |

Stipulation to Extend Time to File Opposition to Motion        Case No. 3:13-cv-00588-TEH

1  Plaintiffs ANDREA SEWELL, CONRAD SILVA and EDITH VIERA ("Plaintiffs") and Defendant STATE COMPENSATION INSURANCE FUND ("Defendant"), by and through their respective attorneys, hereby stipulate that Plaintiff has an additional 14 days to respond to Defendant's Motion to Dismiss Plaintiffs' Complaint. or in the Alternative, to Strike Allegations. Plaintiffs' opposition papers now are due on or before April 19, 2013.  Defendant's reply papers now are due on or before April 26, 2013.

Good cause exists for this extension as the wife of Plaintiffs' primary counsel with respect to drafting the opposition papers, gave birth on April 1, 2013, and he is not available to draft an opposition brief under the original schedule.

One prior extension of time has been granted in this case-an extension to respond to the Complaint, requested by Defendant.

DATED: April 3, 2013                SEYFARTH SHAW LLP


By:   /s/ Mark P. Grajski
      Mark P. Grajski
      Brandon R. McKelvey
      Julie G. Yap
Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND


DATED: April 3, 2013                LAW OFFICES OF SOHNEN& KELLY,


By:   /s/ Harvey Sohnen
      Harvey Sohnen
      Patricia M. Kelly
Attorneys for Plaintiffs
ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA

ORDER

GOOD CAUSE APPEARING, Plaintiffs are granted a two-week extension for filing an opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint. or in the Alternative, to Strike Allegations.

Plaintiffs' opposition papers now are due on or before April 19, 2013.  Defendant's reply papers now are due on or before April 26, 2013.

The hearing on said Motion is continued to May 20, 2013, at 10:00 a.m. in Courtroom 2 of this Court.

Dated: 04/03/2013

_____
Judge Thelton E. Henderson