| | |
|---|---|
| LAW OFFICE OF MARY-ALICE COLEMAN<br>MARY-ALICE COLEMAN (SBN 98365)<br>MICHAEL S. AHMAD (SBN 231228)<br>1109 Kennedy Place, Suite # 2<br>Davis, CA 95616<br>Telephone: (916) 498-9131<br>Facsimile: (916) 304-0880 | LAW OFFICES OF SOHNEN AND KELLY<br>HARVEY SOHNEN (SBN 62850)<br>PATRICIA KELLY (SBN 99837)<br>2 Theatre Square, Suite 230<br>Orinda, CA 94563<br>Tel. (925) 258-9300<br>Fax (925) 258-9315 |

Attorneys for Plaintiffs

| | |
|---|---|
| **SEYFARTH SHAW, LLP**<br>MARK P. GRAJSKI (SBN 178050)<br>BRANDON R. MCKELVEY(SBN 217002)<br>JULIE YAP (SBN 243450)<br>400 Capitol Mall, Suite 230<br>Sacramento, CA 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839 | STATE COMPENSATION INSURANCE FUND<br>GINA MARIE S. ONG (SBN 204137)<br>JODY A. DEBERNARDI (SBN 139670)<br>JUDITH D. SAPPER (SBN 116942)<br>1750 E. Fourth Street, Suite 450<br>Santa Ana, California 92705-3930<br>Telephone: (714) 347-6125<br>Facsimile (714) 347-6145 |

Attorneys for Defendants

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>    Defendants. | CASE NO.: 3:13 – CV-00588-TEH<br><br>**REQUEST AND STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date:     May 20, 2013<br>Time:    1:30 p.m.<br>Judge:   Hon. Thelton E. Henderson<br>Place:    450 Golden Gate Ave<br>             Crtrm. 12, 19th Floor<br>             San Francisco, CA 94102 |

Plaintiffs ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA ("Plaintiffs") and Defendant STATE COMPENSATION INSURANCE FUND ("Defendant"), by and through their respective attorneys, hereby request and stipulate that the parties be allowed to file their joint Case Management Statement no later than May 15, 2013.

Good cause exists for this extension as Plaintiffs' counsel Mr. Ahmad was on a leave of absence for approximately the first half of April, and was on an intermittent leave of absence to remainder for the month, with shortened days following thereafter.  The parties met and conferred and anticipated a timely filing of the Joint Case Management Statement.  A draft Joint Case Management Statement was transmitted by Plaintiff to Defense counsel on the afternoon of May 10, 2013.  Defense counsel anticipates final approval from its client by no later than May 15, 2013.  The parties have agreed to an initial disclosure date and have begun discovery.

Previously, an extension was granted by Plaintiff to Defendant to respond to the Complaint, and an extension was granted by Defendant to Plaintiff to respond to Defendant's Motion to Dismiss the Complaint in order to accommodate the early birth of Mr. Ahmad's daughter and his subsequent leave of absence.  In lieu of an Opposition to Defendant's Motion to Dismiss, Plaintiffs filed a First Amended Complaint to which Defendant filed an Answer.

DATED: May 13, 2013            LAW OFFICE OF MARY-ALICE COLEMAN


                               By:  /s/ Michael Ahmad_____
                                   Mary-Alice Coleman,
                                   Michael S. Ahmad,
                                   Attorneys for Plaintiffs,
                                   ANDREA SEWELL, CONRAD SILVA, and
                                   EDITH VIERA


DATED: May 13, 2013            SEYFARTH SHAW, LLP


                               By:  /s/ Brandon McKelvy_____
                                   Mark P. Grajski,
                                   Brandon McKelvy
                                   Julie G. Yap,
                                   Attorneys for Defendant,
                                   STATE COMPENSATION INSURANCE FUND

ORDER

GOOD CAUSE APPEARING, the parties are granted until May 15, 2013 to file their Joint Case Management Statement.

The Case management conference remains unchanged / ~~is continued to _____, 2013, at ____ o'clock in Courtroom ____ of this Court.~~

Dated: __05/14/2013__

_____
THELTON E. HENDERSON,
Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*