SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Brandon R. McKelvey (SBN 217002)
bmckelvey@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

STATE COMPENSATION INSURANCE FUND
Gina Marie S. Ong, Staff Counsel (SBN 204137)
gmong@scif.com
Jody A. DeBernardi, Asst. Chief Counsel (SBN 139670)
jadebernardi@scif.com
1750 E. Fourth Street, Suite 450
Santa Ana, California  92705-3930
Telephone:  (714) 347-6125
Facsimile:  (714) 347-6145

Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND,
A Public Enterprise Fund

Mary-Alice Coleman
Michael S. Ahmad
Law Office of Mary-Alice Coleman
1109 Kennedy Place, Suite 2
Davis, CA  95616
Phone:  (916) 498-9131
Fax:  (916) 304-0880

Harvey Sohnen
Patricia M. Kelly
Law Offices of Sohnen & Kelly
2 Theatre Square, Suite 230
Orinda, CA  94563-3346
Phone:  (925) 258-9300
Fax:  (925) 258-9315

Attorneys for Plaintiffs
ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Defendant. | Case No. 3:13-cv-00588 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE DATE**<br><br>Complaint Filed:  February 11, 2013 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

16003711v.1

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiffs ("Plaintiffs") and Defendant State Compensation Insurance Fund ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. On February 11, 2013, Plaintiffs filed their Complaint against Defendant in this Court;

2. On April 12, 2013, Plaintiffs filed an Amended Complaint;

3. On April 29, 2013 Defendant filed its answer to Plaintiffs' Amended Complaint;

4. On May 20, 2013 at 1:30 p.m., the Court held an initial Case Management Conference in this matter;

5. On May 20, 2013, the Court ordered a further Case Management Conference to be held on August 19, 2013, at 1:30 p.m., with an updated joint signed report due seven (7) days before the Case Management Conference;

6. The parties have scheduled a mediation on September 9, 2013 with class-action mediator Mark Rudy of San Francisco;

7. The parties hereby agree to toll the running of the statute of limitations (with respect to the Fair Labor Standards Act claim alleged in the First Amended Complaint) for the plaintiffs that file consent forms and opt-in to the FLSA collective action, beginning August 9, 2013, and continuing until the day after the mediation scheduled with Mark Rudy;

8. To accommodate mediation and to conserve judicial and party resources the parties have agreed to request that the Court continue for ninety (90) days (or to a date convenient to the Court) the Case Management Conference currently set for August 19, 2013;

9. The parties further request that the Case Management Conference not be set from November 20, 2013 through November 29, 2013 to accommodate counsel's preexisting travel plans during the Thanksgiving Holiday.

**NOW THEREFORE**, the Parties stipulate and jointly request that the Court continue the date of the Case Management Conference, currently scheduled for August 19, 2013, to

1  November 18, 2013, at 1:30 p.m., or as soon thereafter as the Court's calendar permits
2  (excluding November 20, 2013 to November 29, 2013).
3       **IT IS SO STIPULATED**.
4  DATED: August 14, 2013       Respectfully submitted,
5        SEYFARTH SHAW LLP
6
7        By: /s/ Julie G. Yap
8              Mark P. Grajski
               Brandon R. McKelvey
9              Julie G. Yap
         Attorneys for Defendant
10       STATE COMPENSATION INSURANCE FUND
11 DATED: August 14, 2013       Respectfully submitted,
12       LAW OFFICE OF MARY-ALICE COLEMAN
13
14       By: /s/ Michael S. Ahmad
15             Michael S. Ahmad
         Attorneys for Plaintiffs
16       ANDREA SEWELL, CONRAD SILVA, and
         EDITH VIERA,
17 DATED: August 14, 2013       Respectfully submitted,
18       LAW OFFICES OF SOHNEN & KELLY
19
20       By: /s/ Harvey Sohnen
21             Harvey Sohnen
         Attorneys for Plaintiffs
22       ANDREA SEWELL, CONRAD SILVA, and
         EDITH VIERA,
23
24
25
26
27
28

**ORDER**

After considering the Parties' Stipulation to Continue Date of the Case Management Conference, IT IS ORDERED that the current Case Management Conference scheduled for August 19, 2013, at 1:30 p.m., is continued to November 18, 2013, at 1:30 p.m. [OR] ~~_____~~, 2013 at ~~_____ a.m./p.m.~~  An updated joint report shall be due ~~November 11, 2013~~ [OR] ____November 8____, 2013.

**IT IS SO ORDERED.**

Dated: _____08/14_____, 2013

U.S. [signature: Thelton E. Henderson]
Judge Thelton E. Henderson

*(Seal: United States District Court, Northern District of California)*

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

16003711v.1