| | |
|---|---|
| SEYFARTH SHAW LLP<br>Mark P. Grajski (SBN 178050)<br>mgrajski@seyfarth.com<br>Brandon R. McKelvey (SBN 217002)<br>bmckelvey@seyfarth.com<br>Julie G. Yap  (SBN 243450)<br>jyap@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California  95814-4428<br>Telephone:    (916) 448-0159<br>Facsimile:      (916) 558-4839 | STATE COMPENSATION INSURANCE FUND<br>Gina Marie S. Ong (SBN 204137)<br>gmong@scif.com<br>Jody A. DeBernardi (SBN 139670)<br>jadebernardi@scif.com<br>1750 E. Fourth Street, Suite 450<br>Santa Ana, California  92705-3930<br>Telephone:    (714) 347-6125<br>Facsimile:      (714) 347-6145 |
| Attorneys for Defendant<br>STATE COMPENSATION INSURANCE FUND,<br>A Public Enterprise Fund | |
| Mary-Alice Coleman<br>Michael S. Ahmad<br>Law Office of Mary-Alice Coleman<br>1109 Kennedy Place, Suite 2<br>Davis, CA  95616<br>Phone:  (916) 498-9131<br>Fax:  (916) 304-0880 | Harvey Sohnen<br>Patricia M. Kelly<br>Law Offices of Sohnen & Kelly<br>2 Theatre Square, Suite 230<br>Orinda, CA  94563-3346<br>Phone:  (925) 258-9300<br>Fax:  (925) 258-9315 |
| Attorneys for Plaintiffs<br>ANDREA SEWELL, CONRAD SILVA, and<br>EDITH VIERA | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Defendant. | Case No. 3:13-cv-00588 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE DATE**<br><br>Complaint Filed:  February 11, 2013 |

1

## JOINT STIPULATION

This Stipulation is made by and between Plaintiffs ("Plaintiffs") and Defendant State Compensation Insurance Fund ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. On February 11, 2013, Plaintiffs filed their Complaint against Defendant in this Court;

2. On April 12, 2013, Plaintiffs filed an Amended Complaint;

3. On April 29, 2013, Defendant filed its Answer to Plaintiffs' Amended Complaint;

4. On May 20, 2013, at 1:30 p.m., the Court held an initial Case Management Conference in this matter;

5. On May 20, 2013, the Court ordered a further Case Management Conference to be held on August 19, 2013, at 1:30 p.m., with an updated joint case management statement due seven (7) days before the Case Management Conference;

6. On August 12, 2013, the parties filed their updated joint case management statement;

7. On August 14, 2013, the parties filed a joint stipulation to continue the Case Management Conference because the parties had scheduled a mediation to occur on September 9, 2013 with class-action mediator Mark Rudy in San Francisco;

8. On August 14, 2013, this Court entered the Order Continuing the Case Management Conference from August 19, 2013 to November 18, 2013;

9. The parties attended the mediation with Mark Rudy on September 9, 2013;

10. The case did not settle the day of the mediation, but progress was made and the parties agreed to continue to explore resolution with the help of the mediator;

11. To facilitate further discussions State Fund needed to gather additional data related to the putative class/collective and also complete a process internally to obtain additional approval for further mediation from State Fund's management;

///

12. State Fund has diligently engaged in this process since September, but encountered some problems with the data, which lengthened the process longer than anticipated;

13. The parties have agreed to continue the mediation and have worked out mutual extensions on discovery deadlines and tolling as to the collective action members;

14. The parties previously agreed to toll the running of the statute of limitations (with respect to the Fair Labor Standards Act claim alleged in the First Amended Complaint) for the plaintiffs that file consent forms and opt-in to the FLSA collective action, beginning August 9, 2013, and continuing until after mediation;

15. The parties have extended the tolling agreement through November 22, 2013 to facilitate continued settlement discussions and mediation efforts and will continue tolling on a rolling basis as needed until settlement and mediation efforts have concluded;

16. The parties have also agreed to extend the deadlines for responding to discovery that plaintiffs have propounded, such that the deadlines will not start to run until after the parties have determined that settlement and mediation efforts have concluded or are no longer productive;

17. The parties plan on negotiating/communicating through the mediator over the next few weeks and will attempt to fully explore resolution over the telephone, and, if necessary, the parties may possibly schedule a second day of mediation;

18. To accommodate the continuing settlement discussions and mediation efforts, as well as to conserve judicial and party resources, the parties have agreed to request that the Court continue the Case Management Conference currently set for November 18, 2013, until a date in January 2014;

19. The parties believe this additional time is needed to fully explore settlement and exhaust the mediation process while navigating around the coming holidays;

20. The parties further request that the Case Management Conference not be set from January 23, 2014 to January 27, 2014 to accommodate counsel's preexisting travel plans.

///

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

16420678v.1

1    **NOW THEREFORE**, the Parties stipulate and jointly request that the Court continue the
2    date of the Case Management Conference, currently scheduled for November 18, 2013, to
3    January 13, 2014, at 1:30 p.m., or as soon thereafter as the Court's calendar permits (excluding
4    January 23, 2014 to January 27, 2014).
5    **IT IS SO STIPULATED**.

6    DATED:  November 8, 2013                    Respectfully submitted,

7                                                SEYFARTH SHAW LLP

9                                                By: /s/ Julie G. Yap
10                                                   Mark P. Grajski
                                                     Brandon R. McKelvey
11                                                   Julie G. Yap
                                                 Attorneys for Defendant
12                                               STATE COMPENSATION INSURANCE FUND

13   DATED:  November 8, 2013                    Respectfully submitted,

14                                               LAW OFFICE OF MARY-ALICE COLEMAN

16                                               By: /s/ Michael S. Ahmad
17                                                   Michael S. Ahmad
                                                 Attorneys for Plaintiffs
18                                               ANDREA SEWELL, CONRAD SILVA, and
                                                 EDITH VIERA,

19   DATED:  November 8, 2013                    Respectfully submitted,

20                                               LAW OFFICES OF SOHNEN & KELLY

22                                               By: /s/ Harvey Sohnen
23                                                   Harvey Sohnen
                                                 Attorneys for Plaintiffs
24                                               ANDREA SEWELL, CONRAD SILVA, and
                                                 EDITH VIERA,

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

16420678v.1

**ORDER**

After considering the Parties' Stipulation to Continue Date of the Case Management Conference, IT IS ORDERED that the current Case Management Conference scheduled for November 18, 2013, at 1:30 p.m., is continued to January 13, 2014, at 1:30 p.m. [OR] ~~_____, 2014 at _____ a.m./p.m.~~ An updated joint report shall be due January 3, 2014 [OR] ~~_____, 2014~~.

**IT IS SO ORDERED.**

Dated: _____11/13_____, 2013

U.S. DISTRICT _____

Judge Thelton E. Henderson

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

16420678v.1