1   SEYFARTH SHAW LLP                         STATE COMPENSATION INSURANCE
    Mark P. Grajski (SBN 178050)              FUND
2   mgrajski@seyfarth.com                     Gina Marie S. Ong (SBN 204137)
    Brandon R. McKelvey (SBN 217002)          gmong@scif.com
3   bmckelvey@seyfarth.com                    Jody A. DeBernardi (SBN 139670)
    Julie G. Yap  (SBN 243450)                jadebernardi@scif.com
4   jyap@seyfarth.com                         1750 E. Fourth Street, Suite 450
    400 Capitol Mall, Suite 2350              Santa Ana, California  92705-3930
5   Sacramento, California  95814-4428        Telephone:     (714) 347-6125
    Telephone:     (916) 448-0159             Facsimile:     (714) 347-6145
6   Facsimile:     (916) 558-4839

7

    Attorneys for Defendant
8   STATE COMPENSATION INSURANCE FUND,
    A Public Enterprise Fund
9                                             Harvey Sohnen
    Mary-Alice Coleman                        Patricia M. Kelly
10  Michael S. Ahmad                          Law Offices of Sohnen & Kelly
    Law Office of Mary-Alice Coleman          2 Theatre Square, Suite 230
11  1109 Kennedy Place, Suite 2              Orinda, CA  94563-3346
    Davis, CA  95616                          Phone:  (925) 258-9300
12  Phone:  (916) 498-9131                    Fax:  (925) 258-9315
    Fax:  (916) 304-0880
13

14  Attorneys for Plaintiffs
    ANDREA SEWELL, CONRAD SILVA, and
15  EDITH VIERA

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18  ANDREA SEWELL, CONRAD SILVA, and      Case No. 3:13-cv-00588 TEH
    EDITH VIERA, individually, and on behalf of
19  all others similarly situated,            **JOINT STIPULATION AND
                                              [~~PROPOSED~~] ORDER TO CONTINUE
20                  Plaintiff,                THE CASE MANAGEMENT
                                              CONFERENCE DATE**
21          v.

22  STATE COMPENSATION INSURANCE          Complaint Filed:  February 11, 2013
    FUND,
23
                    Defendant.
24

25

26

27

28
                                  1
    JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
                              CONFERENCE
    16420678v.1

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiffs ("Plaintiffs") and Defendant State Compensation Insurance Fund ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. On February 11, 2013, Plaintiffs filed their Complaint against Defendant in this Court;

2. On April 12, 2013, Plaintiffs filed an Amended Complaint;

3. On April 29, 2013, Defendant filed its Answer to Plaintiffs' Amended Complaint;

4. On May 20, 2013, at 1:30 p.m., the Court held an initial Case Management Conference in this matter;

5. On May 20, 2013, the Court ordered a further Case Management Conference to be held on August 19, 2013, at 1:30 p.m., with an updated joint case management statement due seven (7) days before the Case Management Conference;

6. On August 12, 2013, the parties filed their updated joint case management statement;

7. On August 14, 2013, the parties filed a joint stipulation to continue the Case Management Conference because the parties had scheduled a mediation to occur on September 9, 2013 with class-action mediator Mark Rudy in San Francisco;

8. On August 14, 2013, this Court entered the Order Continuing the Case Management Conference from August 19, 2013 to November 18, 2013;

9. The parties attended the mediation with Mark Rudy on September 9, 2013;

10. The case did not settle the day of the mediation, but progress was made and the parties agreed to continue to explore resolution with the help of the mediator;

11. To facilitate further discussions State Fund needed to gather additional data related to the putative class/collective and also complete a process internally to obtain additional approval for further mediation from State Fund's management;

///

2

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

16420678v.1

1        12.      State Fund has diligently engaged in this process since September, but

2  encountered some problems with the data, which lengthened the process longer than anticipated;

3        13.      The parties have agreed to continue the mediation and have worked out mutual

4  extensions on discovery deadlines and tolling as to the collective action members;

5        14.      The parties previously agreed to toll the running of the statute of limitations (with

6  respect to the Fair Labor Standards Act claim alleged in the First Amended Complaint) for the

7  plaintiffs that file consent forms and opt-in to the FLSA collective action, beginning August 9,

8  2013, and continuing until after mediation;

9        15.      The parties have extended the tolling agreement through November 22, 2013 to

10  facilitate continued settlement discussions and mediation efforts and will continue tolling on a

11  rolling basis as needed until settlement and mediation efforts have concluded;

12        16.      The parties have also agreed to extend the deadlines for responding to discovery

13  that plaintiffs have propounded, such that the deadlines will not start to run until after the parties

14  have determined that settlement and mediation efforts have concluded or are no longer

15  productive;

16        17.      The parties plan on negotiating/communicating through the mediator over the

17  next few weeks and will attempt to fully explore resolution over the telephone, and, if necessary,

18  the parties may possibly schedule a second day of mediation;

19        18.      To accommodate the continuing settlement discussions and mediation efforts, as

20  well as to conserve judicial and party resources, the parties have agreed to request that the Court

21  continue the Case Management Conference currently set for November 18, 2013, until a date in

22  January 2014;

23        19.      The parties believe this additional time is needed to fully explore settlement and

24  exhaust the mediation process while navigating around the coming holidays;

25        20.      The parties further request that the Case Management Conference not be set from

26  January 23, 2014 to January 27, 2014 to accommodate counsel's preexisting travel plans.

27  ///

28

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

16420678v.1

1    **NOW THEREFORE**, the Parties stipulate and jointly request that the Court continue the

2    date of the Case Management Conference, currently scheduled for November 18, 2013, to

3    January 13, 2014, at 1:30 p.m., or as soon thereafter as the Court's calendar permits (excluding

4    January 23, 2014 to January 27, 2014).

5        **IT IS SO STIPULATED**.

6    DATED:  November 8, 2013                    Respectfully submitted,

7                                                SEYFARTH SHAW LLP

8

9                                                By: /s/ Julie G. Yap

10                                                   Mark P. Grajski
                                                     Brandon R. McKelvey
                                                     Julie G. Yap
11                                                Attorneys for Defendant
                                                  STATE COMPENSATION INSURANCE FUND
12

13   DATED:  November 8, 2013                    Respectfully submitted,

14                                                LAW OFFICE OF MARY-ALICE COLEMAN

15

16                                                By: /s/ Michael S. Ahmad

17                                                   Michael S. Ahmad
                                                  Attorneys for Plaintiffs
                                                  ANDREA SEWELL, CONRAD SILVA, and
18                                                EDITH VIERA,

19   DATED:  November 8, 2013                    Respectfully submitted,

20                                                LAW OFFICES OF SOHNEN & KELLY

21

22                                                By: /s/ Harvey Sohnen

23                                                   Harvey Sohnen
                                                  Attorneys for Plaintiffs
24                                                ANDREA SEWELL, CONRAD SILVA, and
                                                  EDITH VIERA,

25

26

27

28
                                                 4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
                                 CONFERENCE
16420678v.1

1

**ORDER**

2        After considering the Parties' Stipulation to Continue Date of the Case Management

3  Conference, IT IS ORDERED that the current Case Management Conference scheduled for

4  November 18, 2013, at 1:30 p.m., is continued to January 13, 2014, at 1:30 p.m. [OR]

5  _____, 2014 at _____ a.m./p.m.  An updated joint report shall be due January

6  3, 2014 [OR] _____, 2014.

7

8        **IT IS SO ORDERED.**

9

10  Dated: _____11/13_____, 2013        _____

11                                                      U.S. DISTRI

                                                        Judge Thelton E. Henderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

16420678v.1