1 | **LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
2 | **MICHAEL S. AHMAD, SBN 231228**
1109 Kennedy Place, Suite #2
3 | Davis, CA 95616
Telephone: (916) 498-9131
4 | Facsimile: (916) 304-0880

5 | **LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
6 | **PATRICIA KELLY, SBN 99837**
2 Theatre Square, Suite 230
7 | Orinda, CA 94563-3346
Telephone: (925)258-9300
8 | Facsimile: (925) 258-9315

9 | Attorneys for Plaintiffs **ANDREA SEWELL**,
**CONRAD SILVA**, and **EDITH VIERA** individually, and on
10 | behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Defendant. | Case No.: 3:13-cv-00588-TEH<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Honorable Thelton E. Henderson<br>Courtroom: 2<br>Date: January 26, 2015<br>Time: 10:00 a.m.<br><br>Action Filed: February 11, 2013 |

NOTICE IS HEREBY GIVEN that at 10:00 a.m. on January 26, 2015, in Courtroom 2, or as soon thereafter as the matter may be heard, in the above-entitled Court, Plaintiffs ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA will and hereby do move the Court to:

1. Certify a California Class of "all persons employed as a 'Payroll Auditor' or 'Senior Payroll Auditor' by Defendant and who regularly performed officially assigned duties outside of an assigned office at any time during the period on or after February 11, 2009 through August 27, 2014", provisionally certified in the Order Granting Preliminary Approval of Class Action Settlement, filed August 27, 2014, Dkt. No. 65.

2. Certify a Federal Labor Standards Act ("FLSA") Class of "all persons employed as a 'Payroll Auditor' or 'Senior Payroll Auditor' by Defendant and who regularly performed officially assigned duties outside of an assigned office at any time during the period on or after April 4, 2010 through August 27, 2014, who have validly opted in", provisionally certified in the Order Granting Preliminary Approval of Class Action Settlement, filed August 27, 2014, Dkt. No. 65.

3. Grant Final Approval of the "Memorandum of Understanding Regarding Class Action Settlement Agreement and Release, filed as Exhibit 1 to the Declaration of Harvey Sohnen in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Approval of Attorney Fees, Enhancements and Administration Costs, filed June 16, 2014, Dkt. No. 46, as amended by "Amended Memorandum of Understanding Regarding Class Action Settlement Agreement and Release", attached as Exhibit 1 to the Supplemental Declaration of Harvey Sohnen in Support of Plaintiff's Motion for Preliminary Approval of Settlement, filed July 23, 2014, Dkt. No. 56 (the "Settlement Agreement");

4. Grant class representative enhancements in the amount of $7,500 each to Andrea Sewell and Conrad Silva, and $5,000 to Edith Viera; and,

5. Grant administrator's fees and costs to Simpluris, Inc. in the amount of $14,000.

This motion is based on:

a. the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, filed herewith;

b. the Declaration of Plaintiff Andrea Sewell in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Approval of Attorney Fees, Enhancements, and Administration Costs; Final Approval, filed June 16, 2014, Dkt. No. 47 ("Sewell Dec.");

     c.    the Declaration of Plaintiff Conrad Silva in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Approval of Attorney Fees, Enhancements, and Administration Costs; Final Approval, filed June 16, 2014, Dkt. No. 48 ("Silva Dec.");

     d.    the Declaration of Plaintiff Edith Viera in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Approval of Attorney Fees, Enhancements, and Administration Costs; Final Approval, filed June 16, 2014, Dkt. No. 49 ("Viera Dec.");

     e.    the Declaration of Mary Butler Regarding Notice and Settlement Administration, filed herewith;

     f.    the Sohnen Declaration in Support of Motion for Preliminary Approval of Settlement, filed June 16, 2014, Dkt. No. 46;

     g.    the Supplemental Declaration of Harvey Sohnen in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, filed July 23, 2014, Dkt. No. 56;

     h.    the Declaration of Harvey Sohnen in Support of Plaintiffs' Motion for Award of Attorney's Fees and Costs, filed November 24, 2014, Dkt. No. 71;

     i.    the terms of the Settlement Agreement; and,

     j.    all other papers filed in this action.

Date: December 22, 2014

LAW OFFICES OF SOHNEN & KELLY
LAW OFFICE OF MARY-ALICE COLEMAN

  /s/ Harvey Sohnen
HARVEY SOHNEN
PATRICIA M. KELLY
Attorneys for Plaintiffs ANDREA SEWELL, CONRAD SEWELL and EDITH VIERA, individually, and on behalf of all others similarly situated