1  **LAW OFFICE OF**
   **MARY-ALICE COLEMAN**
2  **MARY-ALICE COLEMAN, SBN 98365**
   **MICHAEL S. AHMAD, SBN 231228**
3  1109 Kennedy Place, Suite #2
   Davis, CA 95616
4  Telephone: (916) 498-9131
   Facsimile: (916) 304-0880
5
   Attorneys for Plaintiffs
6
   **LAW OFFICES OF**
7  **SOHNEN & KELLY**                     **MEDINA MCKELVEY LLP**
   **HARVEY SOHNEN, SBN 62850**           Brandon R. McKelvey
8  **PATRICIA KELLY, SBN 99837**          938 Reserve Drive
   2 Theatre Square, Suite 230            Roseville, CA 95678
9  Orinda, CA 94563-3346                  Telephone: (916) 960-2211
   Telephone: (925)258-9300               Facsimile: (916) 742-5151
10 Facsimile: (925) 258-9315
                                          Attorneys for Defendant
11 Attorneys for Plaintiffs

12 **SEYFARTH SHAW LLP**                  **STATE COMPENSATION INSURANCE FUND**
   Mark P. Grajski (SBN 178050)           Gina Marie S. Ong (SBN 204137)
13 Julie G. Yap (SBN 243450)              Jody A. Debernardi (SBN 139670)
   400 Capitol Mall, Suite 2350           1750 E. Fourth Street, Suite 450
14 Sacramento, CA 95814                   Santa Ana, CA 92705
   Telephone: (916) 448-0159              Telephone: (714) 347-6125
15 Facsimile: (916) 558-4839              Facsimile: (714) 347-6145

16 Attorneys for Defendant                Attorneys for Defendant

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA, individually and on behalf of all others similarly situated, | Case No.: 3:13-cv-00588-TEH |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | Action Filed: February 11, 2013 |
| STATE COMPENSATION INSURANCE FUND, | |
| Defendant. | |

1   This matter was heard by the Court on January 26, 2015, at 10:00 a.m., in Courtroom 2, of
2   the United States District Court, Northern District of California, before the Honorable Thelton E.
3   Henderson, pursuant to Plaintiffs' noticed Motion for Final Approval of Class Action Settlement
4   and Motion for Award of Attorney's Fees and Costs.  That same day, the Court signed its Order
5   granting Final Approval of Class Action Settlement and entered judgment.  In its Order granting
6   Final Approval of Class Action Settlement, the Court retained jurisdiction over the administration
7   and effectuation of the Settlement.

8   WHEREAS, in accordance with the Court's Order, settlement checks were sent to class
9   members on February 20, 2015;

10  WHEREAS, it was discovered subsequently that two additional individuals—Michelle L.
11  Mewes and Susan J. Pietzke—should have received the Notice of Pendency of Class and
12  Collective Action and Proposed Settlement and Claim Form (collectively "Notice Packet"), which
13  was mailed by first-class mail on October 6, 2014, to 314 Class Members;

14  WHEREAS, Plaintiffs' counsel contacted these individuals to advise them of the current
15  status of the litigation, including expiration of the time to object, and their options to pursue their
16  potential claims;

17  WHEREAS, the Settlement Administrator sent the Notice Packet to both Ms. Mewes and
18  Ms. Pietzke;

19  WHEREAS, Plaintiffs and Defendant agreed to waive any deficiencies resulting from
20  untimely filing of claim forms for these two individuals;

21  WHEREAS, both Ms.Mewes and Ms. Pietzke have filed valid Claim Forms, opting-in to
22  the FLSA Settlement class and have not sought to opt-out of the Rule 23 Settlement Class;

23  WHEREAS, there is sufficient money remaining after the first round of distribution of
24  settlement funds to the Settlement Class to award Ms. Mewes and Ms. Pietzke the amount they
25  would have received on the first round of distribution;

Accordingly, the parties stipulate to amend the Final Approval Order to include Michelle L. Mewes and Susan J. Pietzke in the Settlement Class and to authorize Simpluis, Inc., the appointed Settlement Administrator pay, by check, each of their individual Settlement Payments.

DATED: June 1, 2015                                   SEYFARTH SHAW LLP


By:  /s/ Julie G. Yap
    Mark P. Grajski
    Julie G. Yap
Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND

DATED:  June 1, 2015                                  MEDINA MCKELVEY


By:  /s/ Brandon R. McKelvey
    Brandon R. McKelvey
Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND

DATED:  June 1, 2015                                  LAW OFFICE OF MARY-ALICE COLEMAN


By: /s/ Michael S. Ahmad
    Mary-Alice Coleman
    Michael S. Ahmad
Attorneys for Plaintiffs
ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA

DATED:  June 1, 2015                                  LAW OFFICES OF SOHNEN& KELLY,


By:  /s/ Harvey Sohnen
    Harvey Sohnen
    Patricia M. Kelly
Attorneys for Plaintiffs
ANDREA SEWELL, CONRAD SILVA, and EDITH VIERA

20019567v.1

1 **IT IS SO ORDERED**.

3 Dated: __06/03/2015__

The U.S. ~~Judge Thelton E. Henderson~~